No. 93. SELF ET AL. *v*. NEW YORK LIFE INSURANCE Co. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Kenneth W. Coulter* and *Edward H. Coulter* for petitioners. *Messrs. Louis H. Cook, W. H. Rector,* and *A. F. House* for respondent.

No. 94. CENTRAL RAILROAD Co. OF NEW JERSEY *v*. HALGES, ADMINISTRATRIX. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles E. Miller* for petitioner. *Messrs. Thomas J. O'Neill* and *Charles D. Lewis* for respondent.

No. 101. UNITED STATES EX REL. YOKINEN *v*. COMMISSIONER OF IMMIGRATION. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham J. Isserman* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour* and *Harry S. Ridgely* for respondent.

No. 102. COMPANHIA DENAVEGACAO LLOYD BLASILEIRO *v*. ROYAL MAIL STEAM PACKET Co. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank J. McConnell* for petitioner. *Messrs. Van Vechten Veeder, Chauncey I. Clark,* and *A. Howard Neely* for respondent.

No. 103. R. H. MACY & Co., INC. *v*. DESIMONE. October 10, 1932. Petition for writ of certiorari to the Cir-